MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JAMES HAVSGAARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 1:18-cv-00944-GSA<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER, CERTIFIED ADMINISTRATIVE RECORD, AND TO MODIFY BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record that the time for Defendant to file the certified administrative record (CAR) and Answer to Plaintiff's Complaint be extended from November 20, 2018 to **December 20, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Defendant needed additional time for the preparation and review of the Certified Administrative Record (CAR). Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

JS for Extension of Time;　　　　　　　　　　　　　　　　　　　　　　Case No. 1:18-cv-00944-GSA

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 20, 2018 /s/ *Jonathan O. Pena*
(*as authorized by email on November 20, 2018)
DAVID P. WAGGONER
Attorney for Plaintiff

Dated: November 20, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **November 26, 2018** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE