MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JAMES HAVSGAARD,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00944-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from May 6, 2019 to **June 11, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) has had personal family tragedies in the last few weeks, including deaths of her two cousins and uncle. Counsel was out of the office attending funeral and prayer services and caring for her elderly mother. In addition, Counsel has had ongoing health issues and has taken intermittent sick leave and was also out of the office unexpectedly last week. Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-July. Due to unanticipated leave and

JS for Extension of Time and PO,                                  Case No. 1:18-cv-00944-GSA

heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: May 3, 2019 */s/ \* Jonathan Pena*
(\*as authorized by email on May 3, 2019)
JONATHAN PENA
Attorney for Plaintiff

Dated: May 3, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **May 6, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO,                    Case No. 1:18-cv-00944-GSA

2