MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JAMES HAVSGAARD,<br><br>   Plaintiff,<br><br> vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:18-cv-00944-GSA<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from June 11, 2019 to **June 28, 2019**. This is Defendant's third request for extension Good cause exists to grant Defendant's request for extension. As the Court is aware, Counsel for Defendant (Counsel) had multiple family tragedies last month, including the death of her two cousins, and uncle, and a family friend. Counsel has also been taking care of her elderly mother, who had surgery in late May and another follow up surgery last week. In addition, Counsel has over 100+ active matters, which require two or more dispositive motions per week until August. In addition, Counsel has had migraine symptoms, which includes impaired vision, as of the current filing deadline. As

such, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's Opening Brief. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but made this request as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 11, 2019                    */s/ * Jonathan Pena*
                                        (*as authorized by email on June 11, 2019)
                                        JONATHAN PENA
                                        Attorney for Plaintiff


Dated: June 11, 2019                    MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By      */s/ Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


IT IS SO ORDERED.

   Dated:  **June 12, 2019**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE