MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| JAMES HAVSGAARD, | Case No.: 1:18-cv-00944-GSA |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from June 28, 2019 to **July 3, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been experiencing chronic migraines, which impair her vision, including partial vision loss and blurred vision, with extreme light sensitivity, making it difficult to work on the computer. Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until mid-August. Due to heavy caseload, unexpected leave, and shortened staff, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary

JS for Extension of Time and PO,                    Case No. 1:18-cv-00944-GSA

Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly. Defendant makes this request in good faith with no intention to unduly delay the

proceedings. Counsel apologizes for the belated request, but made her request as soon as

reasonably practicable, as she has been out on intermittent leave.


Respectfully submitted,


Dated: June 28, 2019                     */s/ \* Jonathan Pena*
                                         (\*as authorized by email on June 28, 2019)
                                         JONATHAN PENA
                                         Attorney for Plaintiff


Dated: June 28, 2019                     MCGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration


                                  By     */s/  Tina L. Naicker*
                                         TINA L. NAICKER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant


IT IS SO ORDERED.

    Dated:   **June 28, 2019**                   **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE